UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No.1:07-cr-117 |
| vs. ) | |
| ) | |
| ROBERT C. BURRIS ) | JUDGE COLLIER |
| ) | MAGISTRATE JUDGE LEE |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts Two and Three; (2) accept Defendant's plea of guilty to Counts Two and Three of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts Two and Three of the Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) Defendant's bond was revoked and find Defendant shall remain in custody until sentencing in this matter [Doc. No. 17]. Neither party filed a timely objection to the report and recommendation.

After reviewing the record, the Court agrees with the report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the report and recommendation [Doc. No. 17] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Counts Two and Three is **GRANTED**;

(2) Defendant's plea of guilty to Counts Two and Three of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts Two and Three of the Indictment;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **April 16, 2008 at 2:00 p.m. [EASTERN].**

**SO ORDERED.**

**ENTER this the 26th day of March, 2008.**

        */s/ R. Allan Edgar*
R. ALLAN EDGAR
UNITED STATES DISTRICT JUDGE